## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**SARA LYNN KIDD JONES a/k/a SARA KIDD JONES**
**and PALMER JONES, her husband**                                  **PLAINTIFFS**

**v.**                              **No.:  4:10CV-01992-BSM**

**PANHANDLE ROYALTY COMPANY n/k/a**
**PANHANDLE OIL AND GAS, INC.;**
**FARMERS' UNION COOPERATIVE ROYALTY COMPANY**
**n/k/a FARMERS ROYALTY COMPANY, an Oklahoma cooperative;**
**PATHFINDER EXPLORATION, L.L.C.; and**
**CHESAPEAKE EXPLORATION LIMITED PARTNERSHIP**

**and anyone claiming an interest in and to the following lands**
**and mineral rights with right of ingress and egress for the**
**drilling of any wells, development of any mines or quarries**
**for the removal of any oil, gas and minerals which many be**
**found under the following described lands, located in**
**Van Buren County, Arkansas:**

**THE NORTH SEVEN EIGHTHS (N 7/8) OF THE**
**SOUTHWEST QUARTER OF THE SOUTHEAST QUARTER**
**(SW 1/4 SE 1/4) OF SECTION THIRTY-ONE (31),**
**TOWNSHIP ELEVEN (11) NORTH, RANGE THIRTEEN (13)**
**WEST OF THE 5TH PRINCIPAL MERIDIAN, VAN BUREN**
**COUNTY, ARKANSAS**                                          **DEFENDANTS**

## AGREED STIPULATION OF JUDGMENT

Plaintiffs, Sara Lynn Kidd Jones a/k/a Sara Kidd Jones and Palmer Jones, her

husband ("Plaintiffs"), and Separate Defendants, Panhandle Royalty Company, now

known as Panhandle Oil and Gas Inc. ("Panhandle") and Farmers' Union Cooperative

Royalty Company, now known as Farmers' Royalty Company ("Farmers' Union")

("Defendants" collectively), stipulate to allow judgment to be taken against Defendants in

this action.  More specifically, Defendants recognize and acknowledge the Plaintiffs' title

and right to the mineral estate underlying certain real property described as follows:

> THE NORTH SEVEN-EIGHTHS (N 7/8) OF THE SOUTHWEST
> QUARTER OF THE SOUTHEAST QUARTER (SW ¼ SE ¼) OF
> SECTION THIRTY-ONE (31), TOWNSHIP ELEVEN (11) NORTH,
> RANGE THIRTEEN (13) WEST OF 5[TH] PRINCIPAL MERIDIAN, VAN
> BUREN COUNTY, ARKANSAS.

(the "Subject Property").

The Parties stipulate and agree that Defendants shall be forever barred from

asserting any right, title, or interest adverse to Plaintiffs in and to the mineral estate

underlying the Subject Property other than those arising from the Oil and Gas Lease

described below or those hereafter duly acquired by Defendants or either of them.

Plaintiffs and Defendants further stipulate as follows: (a) nothing contained in this

Agreed Stipulation of Judgment shall be construed to affect Defendants' rights to pursue

claims in and to sums attributable to an undivided seven-eighths (7/8) mineral interest in

the Subject Property arising before the date this Agreed Stipulation of Judgment is

recorded in the real property records of Van Buren County, Arkansas; (b) nothing

contained in this Agreed Stipulation of Judgment shall be construed to constitute an

abandonment of, or to affect, any rights Defendants may now have or hereafter acquire in

that certain Oil and Gas Lease between Plaintiffs and New Century Production Company,

LLC, which was recorded on February 5, 2004, as Document #20040960 in the real

property records of Van Buren County, Arkansas;[1] (3) Plaintiffs release and discharge the

Defendant Parties from any and all claims which were or could have been pursued in this

---

[1] Such Lease remains in effect regardless of this Agreed Stipulation of Judgment.

lawsuit as well as any and all claims otherwise related to this lawsuit, including any claims for attorney's fees, expert witness fees, or costs, and any attorney lien or claim, complaints (including, but not limited to, complaints to any governmental agencies or entities), liabilities, proceedings, demands, disputes, losses, and damages, whether known or unknown, that accrued on or before the date this Agreed Stipulation of Judgment is recorded in the real property records of Van Buren County, Arkansas; and (4) each party agrees to pay its own attorneys' fees and costs.

IT IS THEREFORE CONSIDERED, ORDERED, ADJUDGED AND DECREED that the title to the above-described property be and is hereby quieted and confirmed in the Plaintiffs, Sara Kidd Jones and Palmer Jones from the Recording Date[2] forward; that the claims of the Defendants, Farmers Royalty Company and Panhandle Oil and Gas Inc. be and hereby are extinguished and declared null and void from the Recording Date forward, subject to any right, title, or interest the Defendants, Farmers Royalty Company and Panhandle Oil and Gas Inc., or any such person may now or hereafter claim (whether by assignment or otherwise) pursuant to the Oil and Gas Lease between Plaintiffs and New Century Production Company, LLC, which was recorded on February 5, 2004, as Document #20040960 in the real property records of Van Buren County, Arkansas.

Dated this 16th day of May, 2012.

_____
HON. BRIAN S. MILLER
JUDGE OF THE DISTRICT COURT

_____

[2] The term "Recording Date," as used in this Agreed Stipulation of Judgment, shall refer to the date this Agreed Stipulation of Judgment is properly recorded in the office of the County Clerk of Van Buren County, Arkansas.

APPROVED AS TO FORM:

*/s/ M. Edward Morgan*
M. Edward Morgan
MORGAN LAW FIRM, P.A.
148 Court Street
Clinton, AR 72031
*eddie@medwardmorgan.com*

*Attorney for Plaintiffs*


FRIDAY, ELDREDGE & CLARK, LLP
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3493
Phone - (501) 376-2011
Fax - (501) 376-2147

*Attorneys for Separate Defendants,*
*Panhandle and Farmers' Union*

By: */s/  Bruce B. Tidwell*
Bruce B. Tidwell, AR Bar No. 96115
E-Mail – btidwell@fridayfirm.com
Direct Phone – (501) 370-1496

and

FELLERS SNIDER BLANKENSHIP
  BAILEY & TIPPENS, P.C.
100 N. Broadway, Suite 1700
Oklahoma City, Oklahoma  73102-8820
Telephone:  (405) 232-0621
Facsimile:  (405) 232-9659


By:      */s/  Mark K. Stonecipher*
Mark K. Stonecipher, *pro hac vice*
C. Eric Shephard, *pro hac vice*
E-Mail – mstonecipher@fellerssnider.com
            eshephard@fellerssnider.com